UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFEREY ALAN WILSON,<br>　　　　　Plaintiff,<br>　　v.<br>CITY OF EAST PALO ALTO, *et al.*,<br>　　　　　Defendants. | Case No. 17-cv-05825-SI<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br>Re: Dkt. No. 8 |

In an order filed October 12, 2017, the Court dismissed the complaint for lack of jurisdiction and failure to state a claim, and granted plaintiff leave to file an amended complaint no later than October 27, 2017. The October 12, 2017 order advised plaintiff that if he did not file an amended complaint, the Court would close this case.

Plaintiff did not file an amended complaint, and has not taken any action in this case since the Court issued the October 12, 2017 order. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this case without prejudice.

**IT IS SO ORDERED**.

Dated: November 2, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　United States District Judge