UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFEREY ALAN WILSON,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF EAST PALO ALTO, *et al.*,<br>　　　　Defendants. | Case No. 17-cv-05825-SI<br><br>**JUDGMENT** |

　　The Court has dismissed this case without prejudice. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 2, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　United States District Judge